UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In Re: LEXINGTON INSURANCE COMPANY SUBPOENAS | § § § § |
| | Case #3:19-mc-00052-K-BK |
| SANDPIPER CONDOMINIUM COUNCIL OF OWNERS, INC., | § § § § |
| Plaintiff | § § |
| v. | § § |
| LEXINGTON INSURANCE COMPANY, | § § § |
| Defendant | § |

## JOINT CONSENT TO TRANSFER

Plaintiff Sandpiper Condominium Council of Owners, Inc. ("Sandpiper") and Defendant Lexington Insurance Company ("Lexington") jointly submit this Consent to Transfer, as follows:

1. The underlying subpoena issued by Defendant Lexington to Al Ramacciotti remains the subject of a live controversy between the parties.

2. Sandpiper and Lexington consent to transfer of this matter to the United States District Court for the Southern District of Texas, Corpus Christi Division.

Submitted: July 8, 2019

By:    /s/ William J. Chriss *w/permission  
     William J. Chriss  
     State Bar No. 04222100  
     Email: wjchrisspc@gmail.com

THE SNAPKA LAW FIRM  
606 N. Carancahua, Suite 1511  
P.O. Box 23017  
Corpus Christi, Texas 78403  
Telephone: (361) 888-7676  
Facsimile: (361) 884-8545

ATTORNEYS FOR SANDPIPER

By: /s/ *Raymond Gregory*  
     Raymond L. Gregory II  
     State Bar No. 08438275  
     rlg2@egglestonbriscoe.com

EGGLESTON & BRISCOE LLP  
333 Clay Street, Suite 4800  
Houston, Texas 77002  
Tel: (713) 659-5100  
Fax: (713) 951-9920

ATTORNEYS FOR LEXINGTON INSURANCE COMPANY