CASREF,TOLIVER

# U.S. District Court
# Northern District of Texas (Dallas)
# CIVIL DOCKET FOR CASE #: 3:19–mc–00052–K–BK

Sandpiper Condominium Council of Owners Inc v. Lexington Insurance Company
Assigned to: Judge Ed Kinkeade
Referred to: Magistrate Judge Renee Harris Toliver
Cause: Civil Miscellaneous Case

Date Filed: 06/27/2019

**Plaintiff**

| | | |
|---|---|---|
| **Sandpiper Condominium Council of Owners Inc** | represented by | **Kathryn Snapka**<br>The Snapka Law Firm<br>606 N. Carancahua, Suite 1511<br>PO Drawer 20317<br>Corpus Christi, TX 78403<br>361–888–7676<br>Fax: 361–884–8545<br>Email: ksnapka@snapkalaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Admitted/In Good Standing* |
| | | **William J Chriss**<br>The Snapka Law Firm<br>606 N Carancahua<br>Suite 1511<br>Corpus Christi, TX 78401<br>361–888–7676<br>Email: wjchrisspc@gmail.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Not Admitted* |

V.

**Defendant**

| | | |
|---|---|---|
| **Lexington Insurance Company** | represented by | **Raymond Leslie Gregory, II**<br>Eggleston & Briscoe LLP<br>4800 Three Allen Center<br>333 Clay St<br>Houston, TX 77002<br>713/659–5100<br>Fax: 713/951–9920<br>Email: rlg2@egglestonbriscoe.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Admitted/In Good Standing* |

V.

**Movant**

**Al Ramacciotti**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/27/2019 | Ï | New Case Notes: A filing fee has been paid. Case preliminarily assigned to Judge Toliver for items that may be referred. (ctf) (Entered: 07/01/2019) |
| 06/28/2019 | Ï 1 | MOTION to Quash filed by Sandpiper Condominium Council of Owners, Inc. (Filing fee $47; Receipt number 0539–10081490) (Attachments: # 1 Exhibit(s) A, # 2 Exhibit(s) B, # 3 Proposed Order)Attorney Kathryn Snapka added to party Sandpiper Condominium Council of Owners, Inc.(pty:pla) (Snapka, Kathryn) Modified to reflect fee information on 7/1/2019 (ctf). (Entered: 06/28/2019) |
| 07/01/2019 | Ï 2 | ELECTRONIC ORDER REFERRING CASE to Magistrate Judge Renee Harris Toliver re: 1 MOTION to Quash Motion(s) referred to Magistrate Judge Renee Harris Toliver for hearing if necessary and determination. (Ordered by Judge Ed Kinkeade on 7/1/2019) (chmb) (Entered: 07/01/2019) |
| 07/02/2019 | Ï 3 | Application for Admission Pro Hac Vice with Certificate of Good Standing (Filing fee $25; Receipt number 0539–10090829) filed by Sandpiper Condominium Council of Owners Inc (Attachments: # 1 Proposed Order, # 2 Exhibit(s) A – Certificate of Good Standing)Attorney William J Chriss added to party Sandpiper Condominium Council of Owners Inc(pty:pla) (Chriss, William) (Entered: 07/02/2019) |
| 07/02/2019 | Ï 4 | NOTICE of Attorney Appearance by Raymond Leslie Gregory, II on behalf of Lexington Insurance Company. (Filer confirms contact info in ECF is current.) (Gregory, Raymond) (Entered: 07/02/2019) |
| 07/03/2019 | Ï 5 | ELECTRONIC ORDER: 3 *Application for Admission Pro Hac Vice* is **GRANTED**. If not already done, Applicant must register as an ECF User within 14 days (LR 5.1(f)). (Ordered by Magistrate Judge Renee Harris Toliver on 7/3/2019) (chmb) (Entered: 07/03/2019) |
| 07/08/2019 | Ï 6 | NOTICE of *Joint Consent to Transfer* filed by Lexington Insurance Company (Gregory, Raymond) (Entered: 07/08/2019) |
| 07/10/2019 | Ï 7 | ELECTRONIC ORDER: Pursuant to the parties *Joint Consent to Transfer*, Doc. 6 , the Clerk of the Court is directed to transfer this case to the United States District Court for the Southern District of Texas, Corpus Christi Division, where the underlying litigation is pending. (Ordered by Magistrate Judge Renee Harris Toliver on 7/10/2019) (chmb) (Entered: 07/10/2019) |